WR-83,141-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/16/2015 11:12:52 AM
Accepted 4/16/2015 11:26:43 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

IN RE                                       §              CASE NO. _____ RECEIVED
                                            §                    COURT OF CRIMINAL APPEALS
JUSTIN CHISUM                               §                           4/16/2015
                                                                 ABEL ACOSTA, CLERK

## EMERGENCY MOTION FOR A STAY OF PROCEEDINGS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Justin Chisum, Relator in the above-styled and numbered cause, and requests an emergency stay of proceedings. In support of this motion, Relator would show the Court as follows:

1.     On April 13, 2015, Relator filed a Motion to Stay Grand Jury Proceedings pursuant to the dictates of article 46B.004(d) of the Texas Code of Criminal Procedure.

2.     On April 15, 2015, the 364th Judicial Court of Lubbock County, Texas, held a hearing on Relator's motion and denied the motion from the bench.

3.     The District Attorney is submitting this case to the Grand Jury in the morning on April 16, 2015.

4.     Relator filed his Emergency Petition for a Writ of Mandamus on April 15, 2015.

5.     This case involves a statute mandating the trial court to take action in a case. The scope of the statute, however, has yet to be discussed by any court in Texas. Because this case involves a mandate from the Texas Legislature and is an issue of first impression, the Court should stay the proceedings to at least allow for

full briefing and proper review of the case. *See In re Solis-Gonzalez*, No. WR-82,831-01, 2015 WL 575049 (Tex. Crim. App. Feb. 9, 2015) (staying proceedings to allow for full briefing on the issues of the case).

6. Relator requests a stay of the grand jury proceedings be ordered pending resolution of Relator's Emergency Petition for a Writ of Mandamus.

## PRAYER

WHEREFORE, the Relator prays his motion be granted and an emergency stay of the grand jury proceedings by ordered pending resolution of Relator's Petition for a Writ of Mandamus.

Respectfully submitted,

THE LAW OFFICE OF
ALLISON CLAYTON
P.O. Box 64752
Lubbock, Texas 79464-4752
Tel: (806) 773-6889
Fax: (888) 688-4515

By: _Allison Clayton_
Allison Clayton
State Bar Number 24059587

Attorney for Justin Chisum

## CERTIFICATE OF SERVICE

I certify that on April 16, 2015, a copy of this brief was served on opposing counsel, Jeffrey S. Ford of the Lubbock County District Attorney's Office and on the trial court, the Honorable William Eichman, II, of the 364th District Court of Lubbock County, Texas, via electronic mail.

_____
Allison Clayton